IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MELISSA FORD                          )
                                      )     No. 3-11-0114
v.                                    )
                                      )
CARL TOMLINSON; RENEE                 )
TOMLINSON; and CATINA'S EATERY        )

<u>O R D E R</u>

By order entered May 26, 2011 (Docket Entry No. 17), a settlement conference was scheduled on July 6, 2011, a telephone conference call was scheduled on June 27, 2011, and the parties were directed to submit their respective settlement conference statements by June 24, 2011.

That order is hereby MODIFIED as follows:

1.      The June 27, 2011, telephone conference call with counsel for the parties and the Court is RESCHEDULED to **Friday, June 24, 2011, at 1:00 p.m.,** to be initiated by plaintiff's counsel.

2.      The June 24, 2011, deadline for the parties to submit settlement conference statements is shortened to **Thursday, June 23, 2011, at 3:00 p.m.,** to be submitted directly to chambers or faxed at 615-736-7070.

In all other respects, the May 26, 2011, order remains in full force and effect.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge