IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MELISSA FORD | ) | |
| | ) | No. 3-11-0114 |
| v. | ) | |
| | ) | |
| CARL TOMLINSON; RENEE | ) | |
| TOMLINSON; and CATINA'S | ) | |
| EATERY[1] | ) | |

O R D E R

Pursuant to the order entered May 26, 2011 (Docket Entry No. 17), a settlement conference was held on July 6, 2011, at the conclusion of which the parties were able to reach a settlement.

By August 15, 2011, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable John T. Nixon for his consideration of the parties' agreed order of dismissal to be filed no later than August 15, 2011.[2]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

                                                _____
                                                JULIET GRIFFIN
                                                United States Magistrate Judge

---

[1] Although the complaint named the defendant as Catina's Eatery, the correct name is Catia's Eatery.

[2] By order entered March 22, 2011, the pretrial conference and trial were scheduled on May 18, 2012, and May 29, 2012, respectively.